UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL RUSLANDER and MOLLY
RUSLANDER,

                            Plaintiffs,

      -against-

UNITED BEHAVIORAL HEALTH OF NEW
YORK, I.P.A., INC., and OPTUMHEALTH CARE
SOLUTIONS, INC.

                        Defendants.
----------------------------------------------------------------X

Civil Action No.:

  1:13-CV-1515[DNH/CFH]

**RULE 7.1**
**DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants UNITED BEHAVIORAL HEALTH OF NEW YORK, I.P.A., INC. ("United") and OPTUMHEALTH CARE SOLUTIONS, INC. ("Optum"), certifies that UnitedHealth Group Incorporated is the corporate parent of Defendants United and Optum, which is publicly held and owns 10% or more of Defendants' stock.

Dated:  December 9, 2013
          New York, New York

                                                Respectfully submitted,

                                                s/Michael H. Bernstein
                                                Michael H. Bernstein Bar No.: 511898
                                                *Attorneys for Defendants*
                                                SEDGWICK LLP
                                                225 Liberty Street, 28th Floor
                                                New York, New York 10281-1008
                                                Telephone:  (212) 422-0202
                                                Facsimile:  (212) 422-0925
                                                Email: michael.bernstein@sedgwicklaw.com
                                                Sedgwick File No. 03246-000221

To:    Paul Pelagalli, Esq.

NY/1267275v1

LAW OFFICE OF PAUL PELAGALLI, PLLC
20 Prospect Street, Suite 212
Ballston Spa, New York 12020
Tel.: (518) 889-5000
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** was served via Regular Mail on this 9th day of December 2013, upon the following:

Paul Pelagalli, Esq.
LAW OFFICE OF PAUL PELAGALLI, PLLC
20 Prospect Street, Suite 212
Ballston Spa, New York 12020
Tel.: (518) 889-5000
*Attorneys for Plaintiffs*

s/Michael H. Bernstein
MICHAEL H. BERNSTEIN